| | |
|---|---|
| **JEFFREY S. DUBIN, P.C.** | TELEPHONE |
| 464 NEW YORK AVENUE | (631) 351-0300 |
| SUITE 100 | TELECOPIER |
| HUNTINGTON, NEW YORK 11743 | (631) 351-1900 |
| | INTERNET |
| Jeffrey S. Dubin | DubinJS@cs.com |

November 9, 2022

**Ronnie Abrams**            **By ECF Only**
**United States District Judge**
**Southern District of New York**

Re:   *ALSTON, as a Trustee, et ano. v.*
      *CITIZENS ICON HOLDINGS, LLC*
      Civil Action No. 22-CV-8519 (RA)

Dear Judge Abrams:

I am the attorney for the plaintiffs, ERISA Trustees. I request that the submission of the joint letter; Civil Case Management Plan and Scheduling Order, due November 23, 2022, be adjourned for one week until November 30, 2022. The defendant, Citizens Icon Holdings, LLC, was served on November 2, 2022, by service on the New York Secretary of State. The answer is due on November 23, 2022. The defendant has neither appeared nor answered, and so I am unable to obtain it's consent.

No prior requests for adjournments or extensions of time have been made. The extension would not affect the initial telephone conference scheduled for December 2, 2022, at 4:15 p.m. The extension would provide time for the defendant to default and obviate the necessity for the telephone conference and pre-conference filings.

                                        Very truly yours,

                                        s/ Jeffrey S. Dubin

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
11/10/2022